BLANCHE P. PHILLIPS, Respondent, v. CHARLES M. RIEDELL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

HELEN G. MENSCHEL, Respondent, Appellant, v. JAMES B. TAYLOR and Others, Appellants, Respondents.— Order affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley and Townley, JJ.

SAMUEL ROSENBLUM, INC., Respondent, v. THE NATIONAL COLD STORAGE CO., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

ELY CULBERTSON, Respondent, v. THE NEW YORK THEATRE PROGRAM CORPORATION and Another, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

MARY DARANOWITZ, Appellant, v. CARL G. BURDICK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of THE BANK OF UNITED STATES in Liquidation. EDWARD J. QUINTAL and Others, Appellants; JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent.— Order affirmed as matter of law and not in the exercise of discretion, with twenty dollars costs and disbursements, and leave given to the appellants to appeal to the Court of Appeals from order and question certified. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

CONCRETE ARCH CO., INC., Appellant, v. THOMAS J. WATERS & SONS, INC., and Another, Respondents, EAST RIVER MILL AND LUMBER COMPANY, Appellant, CITY OF NEW YORK and Others, Impleaded Defendants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN AQUINO, Appellant, v. ROBERT BARR, Warden of Tombs Prison, New York City, Respondent.—Appeal dismissed on motion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.